IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT,
IN AND FOR LAKE COUNTY, FLORIDA

ANGELA MARIE BRINEGAR,                    CASE NO.:

    Plaintiff,

v.

SHEILA FAYE DOYLE,

    Defendant.
_____/

## COMPLAINT

Plaintiff, Angela Marie Brinegar (hereinafter "Plaintiff"), sues Defendant, Sheila Faye Doyle (hereinafter "Defendant"), and alleges:

1. This is an action for damages that exceed FIFTEEN THOUSAND DOLLARS AND 00/100 ($15,000.00).

2. On or about February 8, 2015 Plaintiff operated a motor vehicle at or near U.S 27 and Bella Lago Drive in Clermont, Lake County, Florida.

3. Defendant owned and operated a motor vehicle at or near U.S. 27 and Bella Lago Drive in Clermont, Lake County, Florida.

4. At that time and place, Defendant negligently operated and maintained a motor vehicle so that it collided with Plaintiff's motor vehicle.

5. As a result of the Defendant's negligence in operating and maintaining said vehicle on said date, the Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses relating to hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money in the future, and aggravation of a pre-existing condition. The losses suffered by the

plaintiff are permanent within a reasonable degree of medical probability, other than scaring or disfigurement.

6. The Defendant, Sheila Faye Doyle, had a duty to use reasonable care in the operation and maintenance of his vehicle including, but not limited to, properly maintaining the vehicle so that it is safe to operate on the roads and will not cause damage to other drivers, paying attention to traffic, maintaining a proper lookout, obeying traffic control devices, obeying the laws and rules of the State of Florida, maintaining proper speed for the conditions, reducing speed to avoid an accident, maintaining a proper distance between vehicles and controlling his vehicle to avoid a collision.

7. The Defendant breached that duty of due care by failing to use reasonable care in the operation of or maintenance of the Defendant's vehicle such that it caused an accident involving the Plaintiff.

8. Additionally, Plaintiff's automobile was damaged as a result of the Defendant's negligence and she lost the use of it during the period required for its repair or replacement.

WHEREFORE, Plaintiff demands judgment for damages against Defendant and further demands a trial by jury.

DATED this 18TH day of August, 2016.

/s/Chrislie Lopez
Chrislie Lopez, Esq.
Florida Bar No.: 30490
Attorneys for Plaintiff
MARTINEZ MANGLARDI, P.A.
3840 E. Semoran Blvd., Ste 1072
Apopka, FL 32703
Telephone: (407) 774-2033